### John GREEK, alias LEMONS, v. STATE.
### (1 Div. 538.)

(Court of Appeals of Alabama. Dec. 4, 1923. Rehearing Denied Dec. 18, 1923.)

Appeal from Circuit Court, Mobile County; Claude A. Grayson, Judge.

Certiorari denied by Supreme Court in Ex parte Greek, 210 Ala. 629, 99 South. 68.

Conviction for receiving, etc., stolen property. The record in this case is the same as that in the case of Camillieri v. State (1 Div. 537) ante, p. 521, 99 South. 66.

Inge & Bates, of Mobile, for appellant.
Harwell G. Davis, Atty. Gen., for the State.

FOSTER, J. This case is affirmed on the authority of Frank Camillieri v. State, ante, p. 521, 99 South. 66.

Affirmed.